**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Jason DoBrava,** **Civil No. 01-1388 (PAM/SRN)**

**Plaintiff,**

v.

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

**Wal-Mart Stores Inc.,**

**Defendant.**

TO: Plaintiffs above named and to Ralph S. Palmer, Esq., Palmer, Cody & O'Dea, 1700 Hwy 36 West, Suite 220, Roseville, MN 55113, attorneys for Plaintiffs;

Defendant above named and to Andrew L. Marshall, Esq., Bassford, Lockhart, Truesdell & Briggs, 3550 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, attorneys for Defendant.

## I. DATE, TIME, PLACE AND PARTICIPANTS

The pretrial conference previously scheduled for September 11, 2001, will now be held in Chambers at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **October 25, 2001, at 1:30 p.m.**, before United States Magistrate Judge Susan Richard Nelson to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters. The required Rule 26(f) Report has been received by the Court.

Dated: September 12, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500