**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jason DoBrava,

Plaintiff,

vs.

Wal-Mart Stores, Inc.,

Defendant.

Civil No. 01-1388 (PAM/SRN)

**STIPULATION OF DISMISSAL**

---

The above entitled action, having been fully compromised and settled,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 11-25-02, 2002

Jason DoBrava, ProSe

**MURNANE, CONLIN, WHITE & BRANDT PROFESSIONAL ASSOCIATION**

Dated: 11/26/02, 2002

Andrew Shern #100316
Attorneys for Defendant
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

NOV 27 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

On reading and filing the above and foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be and the same is hereby dismissed with prejudice and on the merits, but without costs to either party.

BY THE COURT:

Dated: November 27, 2002